IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vyas, Pinal B | Case Number: 07 B 09874 |
|---|---|---|
| | Vyas, Jayshree P | Judge: Squires, John H |
| | Printed: 01/29/09 | Filed: 6/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 22, 2009
Confirmed: August 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,125.00 | |
| Secured: | | 8,895.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 729.72 |
| Other Funds: | | 0.00 |
| Totals: | 12,125.00 | 12,125.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 2,500.00 | 2,500.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 3,918.58 | 2,185.19 |
| 4. | HomEq Servicing Corp | Secured | 22,119.70 | 6,710.09 |
| 5. | Illinois Dept of Revenue | Priority | 7,808.86 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 399.17 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,506.68 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 1,185.35 | 0.00 |
| 9. | Kaplan & Greenswag LLC | Unsecured | 1,724.14 | 0.00 |
| 10. | Capital One | Unsecured | 44.71 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 43.39 | 0.00 |
| 12. | Educational Credit Management Corp | Unsecured | 1,245.41 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 805.70 | 0.00 |
| 14. | Debra Tyrpak | Unsecured | 5,000.00 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 161.86 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 55.52 | 0.00 |
| 17. | Chelsea Cove Condo Association | Secured | | No Claim Filed |
| 18. | Student Loan Servicing Center | Unsecured | | No Claim Filed |
| 19. | AES/EFR | Unsecured | | No Claim Filed |
| 20. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 21. | Corboy & Demetrio PC | Unsecured | | No Claim Filed |
| 22. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| | | | $ 48,519.07 | $ 11,395.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vyas, Pinal B | Case Number: 07 B 09874 |
|---|---|---|
|  | Vyas, Jayshree P | Judge: Squires, John H |
|  | Printed: 01/29/09 | Filed: 6/1/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 299.76 |
| 6.5% | 253.08 |
| 6.6% | 176.88 |
|  | $ 729.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

